

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00217-CV

## IN THE INTEREST OF J.D.S., A CHILD

**From the 278th District Court
Walker County, Texas
Trial Court No. 1426969**

## ORDER

By her Motion to Supplement Record filed on June 25, 2015, appellant requests that this Court supplement the reporter's record with an adversary hearing held in June of 2014. If any item relevant to the appeal is omitted from the reporter's record, any party may, by letter, direct the official court reporter to prepare and file a supplemental reporter's record containing the omitted item. TEX. R. APP. P. 34.6(d). However, supplementation is only necessary if the reporter's record has already been filed. In this case, it has not been filed. The time to file the reporter's record has been extended to July 20, 2015. If appellant wants the adversary hearing included in the reporter's

record, appellant must make a request to the official court reporter that it be included in the reporter's record. *Id*. 34.6(b)(1).

Accordingly, appellant's Motion to Supplement Record is denied.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed July 16, 2015

